JASON HONAKER SBN 251170
WILLIAM H. HUMMEL SBN 276956
1860 El Camino Real, Ste. 238
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorneys for Debtor
Gholamali Heris

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

Gholamali Heris,

Debtor.

) Chapter 13
) Bankruptcy No.: 14-31495
)
) **DECLARATION OF DEBTOR IN**
) **SUPPORT OF SCHEDULE A**
)
)
)

## **DECLARATION OF DEBTOR IN SUPPORT OF SCHEDULE A**

1. I, Gholamali Heris, am the Debtor herein.

2. My residence, which I own, is located at and commonly known as 2644 Trousdale Dr., Burlingame CA 94010.

3. At the time of filing this case, I believe this property to be worth approximately $1,000,000.00.

4. I base this opinion on the property itself, its location, recent sales in the neighborhood, and the condition of the property.

5. I fell behind on my mortgage in recent years, and thus have been unable to make repairs and maintenance, resulting in a significant backlog of important repairs to be made.

6. These repairs include: replacing the roof which leaks.

7. The leaking roof has resulted in significant water damage requiring extensive repairs.

8. The garage door must be entirely replaced, as well as the electric door opener.

9. All the property's fences are rotted and need to be replaced.

1

10. When I filed the case my heating system was broken and needed to be completely repaired and replaced.

11. As a result of all these significant repairs, I believe the property to be worth substantially less than other properties in my neighborhood, and believe its value to be approximately $1,000,000.00.

12. I have first-hand knowledge of all the facts stated in this Declaration.

Executed on penalty of perjury on March 11, 2015 in Burlingame, CA.

/s/ Gholamali Heris
Gholamali Heris