**Entered on Docket
June 05, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

JASON HONAKER SBN 251170
1860 El Camino Real, Ste. 238
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
admin@honakerlegal.com

Attorneys for Debtors
Gholamali Herischian-Heris

Signed and Filed: June 5, 2018



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 14-31495 |
| | ) Chapter 13 |
| Gholamali Herischian-Heris | ) |
| Debtor. | ) ORDER APPROVING MOTION TO |
| | ) MODIFY PLAN |

ORDER APPROVING MOTION TO MODIFY PLAN

Good cause appearing therefore, and there being no unresolved objections as of the date of the trustee's staff attorney's signature below, the debtor's Amended Application to Modify Plan, Document No. 79 is approved

Approved as to form this 21st day of May 2018:

By:/s/ Lilian Tsang

<u>Lilian Tsang</u>, Staff Attorney for David Burchard, Chapter 13 Trustee.

***END OF ORDER***

<u>Court Service List</u>

*ECF recipients only.*