UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: GHOLAMALI HERISCHIAN-HERIS *dba* HERIZ MUSIC AND ARTS *aka* GHOLAMALI HERICSHIAN-HERIS,
Debtor(s)

Bankruptcy No.: 14-31495-DM
R.S. No.: EGS-265
Hearing Date: 10/18/2018
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/15/2014  Chapter: 13
    Prior hearings on this obligation: _____  Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____  Source of value: _____
Contract Balance: $_____  Pre-Petition Default: $_____
Monthly Payment: $_____  No. of months: _____
Insurance Advance: $_____  Post-Petition Default: $_____
                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 2644 Trousdale Drive, Burlingame, CA 94010

Fair market value: $ 1,000,000.00   Source of value: Debtor's Schedules   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

Approx. Bal. $ 1,059,633.65   Pre-Petition Default: $ 346,452.69
As of (date): 09/17/2018      No. of months: 57
Mo. payment: $ 6,436.03       Post-Petition Default: $ 231,736.65
Notice of Default (date): _____   No. of months: 39
Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Movant | $ 1,059,633.65 | $ 6,436.03 | $ 231,736.65 |
| 2nd Trust Deed: | Real Time Resolutions | $ 127,973.00 | $ | $ |
| | : | $ | | |
| | : | $ | | |
| | (Total) | $ 1,187,606.65 | $ 6,436.03 | $ 231,736.65 |

(D) Other pertinent information: *As of September 17, 2018, Debtor was due and owing for a total of **thirty-nine (39)** *post-petition* monthly mortgage payments for the months of **July 2015** through and including **September 2018**. Debtor was also due for **$33.00** in property inspection fees and **$1,280.00** in attorneys fees. Less $171.18 in Debtor's suspense, the total *post-petition* default as of September 17, 2018 was **$231,736.65**.

Dated: September 28, 2018

/s/ Edward G. Schloss
Signature
Edward G. Schloss
Print or Type Name

Attorney for Movant