2011-068851

3:08 pm 06/20/11 AS Fee: 18.00
Count of Pages 2
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

Recording Requested By:
**Bank of America**
Prepared By: **Mary Ann Hierman**
450 E. Boundary St.
Chapin, SC 29036
888-603-9011
When recorded mail to:
**CoreLogic**
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID#

Property Address:
**2644 Trousdale Dr**
**Burlingame, CA 94010-5755**
CA0-ADT 14232116        6/14/2011

MIN #:

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC. ALTERNATIVE LOAN TRUST    2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12 whose address is 101 BARCLAY ST - 4W, NEW YORK, NY 10286 all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:           **AMERICA'S WHOLESALE LENDER**
Original Borrower(s):      **GHOLAMALI HERIS, A MARRIED MAN**
Original Trustee:          **CTC REAL ESTATE SERVICES**
Date of Deed of Trust:     5/18/2006
Original Loan Amount:      $960,000.00

Recorded in San Mateo County, CA on: 5/25/2006, book N/A, page N/A and instrument number 2006-078494

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
6-15-11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Luis Roldan, Assistant Secretary

State of California
County of **Ventura**

On **June 15, 2011** before me, **Navid Paktan**, Notary Public, personally appeared **Luis Roldan**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*signature*

Notary Public: **Navid Paktan**         (Seal)
My Commission Expires: 3/11/2013

[Notary Seal: NAVID PAKTAN, Commission # 1837714, Notary Public - California, Santa Clara County, My Comm. Expires Mar 11, 2013]

Attached To Assignment of Deed of Trust.
Borrower(s): Gholamali Heris



CFN 2016R0169380
OR BK 30007 Pgs 759-770 (12Pgs)
RECORDED 03/21/2016 16:32:46
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

## DOCUMENT COVER PAGE

Record and Return to:
Sharee Daniels
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

**DOCUMENT TITLE:**        **POWER OF ATTORNEY**

(Warranty Deed, Mortgage, Affidavit, etc.)

**EXECUTED BY:**   **THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee**

Seller and Purchaser Dated   06/28/2011

**POA NUMBER:** ▉▉▉

**TO:**     **BAYVIEW LOAN SERVICING, LLC**

**Brief Legal Description:**     (If Applicable)

LAKOTA, MN



# Exhibit "E"

# LIMITED POWER OF ATTORNEY

Reference is hereby made to (x) each of the pooling and servicing agreements listed in <u>Schedule 1</u> attached hereto, by and among The Bank of New York Mellon f/k/a The Bank of New York ("BNY Mellon"), as trustee, Countrywide Home Loans Servicing LP, as master servicer, Countrywide Home Loans, Inc., as seller, one or more additional sellers identified therein, and either of CWALT, Inc. or CWABS, Inc. or CWMBS, Inc., as depositor (each, a "<u>Pooling and Servicing Agreement</u>" and collectively, the "<u>Pooling and Servicing Agreements</u>"), and (y) that certain settlement agreement (the "<u>Settlement Agreement</u>"), dated as of June 28, 2011, by and among BNY Mellon, in its capacity as trustee or indenture trustee of certain mortgage-securitization trusts identified therein, Bank of America Corporation, Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing LP) (the "<u>Master Servicer</u>"), Countrywide Financial Corporation and Countrywide Home Loans, Inc. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Pooling and Servicing Agreements or the Settlement Agreement, as the context requires.

BNY Mellon, as Trustee under the Pooling and Servicing Agreements, hereby constitutes and appoints Bayview Loan Servicing, LLC and its authorized officers (collectively, "<u>Bayview</u>") and each of them, its true and lawful attorneys-in-fact and agents, with full powers of substitution and resubstitution, for and in its name, place and stead, in any and all capacities, for the limited purpose of executing and recording any and all documents necessary to effect (i) a foreclosure of a Mortgage Loan, (ii) the disposition of an REO Property, (iii) an assumption agreement or modification agreement or supplement to the Mortgage Note, Mortgage, or deed of trust, (iv) defense of the Trustee in litigation and to resolve any litigation where Bayview has an obligation to defend the Trustee, including but not limited to dismissal, termination, cancellation, rescission and settlement, which settlement shall release with prejudice all claims and liabilities against BNY Mellon and will not result in admission of guilt by BNY Mellon, (v) title claim resolution, including but not limited to settlement agreements or (vi) a reconveyance, deed of reconveyance or release or satisfaction of mortgage or such instrument releasing the lien of a Mortgage, (vii) the protection, enforcement and/or assignment of BNY Mellon's interest, as Trustee, in a Mortgage Loan, the property secured thereby, or the proceeds related thereto, including but not limited to preparation or execution of documents relating to tax sales, in each case solely in the performance of Bayview's duties and obligations in respect of Mortgage Loans that are then being subserviced by Bayview pursuant to a subservicing agreement (the "<u>Subservicing Agreement</u>") with the Master Servicer, then in effect in accordance with the terms of the Settlement Agreement. BNY Mellon also grants unto said attorneys-in-fact and agents, and each of them, subject to the foregoing limitations, the full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as might or could be done in person to effect items (i), (ii), (iii), (iv), (v), (vi) and (vii) above, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their substitutes, may lawfully do or cause to be done by virtue hereof; provided that this instrument is to be construed and interpreted as a limited power of attorney and does not empower or authorize the said attorneys-in-fact and agents to do any act or execute any document on behalf of BNY Mellon not specifically described herein.

For the purposes of clarification, but not limitation, BNY Mellon grants unto said attorneys-in-fact and agents, and each of them the full power and authority to (x) execute, acknowledge, seal and deliver deeds, deed of trust/mortgage note endorsements, assignments of deed of trust/mortgage and other recorded documents, tax authority notifications and other instruments of sale, conveyance and transfer, full or partial releases and subordinations, each appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary and proper to effect the execution, delivery, conveyance, recordation or filing of said documents; (y) execute and deliver affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaint, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays and other documents or notice filings on

behalf of the Trustee in connection with foreclosure, bankruptcy and eviction actions; and (z) endorse and/or assign any borrower or Mortgagor's check or negotiable instrument received by Bayview as a payment under a Mortgage Loan.

Nothing in this Limited Power of Attorney shall be deemed to amend or modify the Pooling and Servicing Agreements, the Settlement Agreement, the applicable Subservicing Agreement or the respective rights, duties or obligations of Bayview thereunder, and nothing herein shall constitute a waiver of any rights or remedies thereunder. Without limiting the generality of the foregoing, this Limited Power of Attorney does not provide, and shall not be read so as to provide, Bayview with the power to perform or undertake actions which Bayview is not authorized to take pursuant to the applicable Subservicing Agreement or that the Master Servicer is not authorized to take pursuant to the applicable Pooling and Servicing Agreement. In addition, each attorney-in-fact and agent is only authorized to act pursuant to this Limited Power of Attorney in a manner which complies with all applicable laws, rules and regulations.

Bayview shall indemnify, defend and hold BNY Mellon and its successors and assigns harmless, from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or claims of any kind whatsoever, arising out of, related to or in connection with any misuse of this Limited Power of Attorney in any manner or by any person not expressly authorized hereby. Acceptance of this Limited Power of Attorney by Bayview, or the taking by Bayview of any action pursuant to this Limited Power of Attorney, shall be deemed an agreement and acceptance by Bayview of this indemnity obligation.

The rights, power, and authority of said attorneys-in-fact and agents granted in this Limited Power of Attorney will commence and be in full force and effect on the date of execution and such rights, powers, and authority will remain in full force and effect until the earlier of (x) 11:59 p.m., New York City time, on the date that is 2 year[s] from such date and (y) the date, if any, on which Bayview is no longer an "Approved Subservicer" under the Settlement Agreement; provided, however, that BNY Mellon may terminate this Limited Power of Attorney prior to such date by delivering a written notice of revocation to Bayview, with a copy to the Master Servicer.

THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK, as Trustee

Witness: _Brizette Drysdale_
Brizette Drysdale

By: _[signature]_
Loretta A. Lundberg
Managing Director

Witness: _[signature]_
Marya Rozenberg

By: _[signature]_
Gavin Tsang
Vice President

## ACKNOWLEDGEMENT

STATE OF NEW YORK §

COUNTY OF NEW YORK §

On the 9th day of March in the year 2016 before me, the undersigned, a Notary Public in and for said State, personally appeared Loretta A. Lundberg and Gavin Tsang, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed, the instrument.

Subscribed and sworn before me this 9th day of March, 2016.

_____
NOTARY PUBLIC NAME:
My Commission expires:

RAFAL BAR
NOTARY PUBLIC, State of New York
No. 01BA6293822
Qualified in Kings County
Commission Expires Dec. 16, 2017





# SCHEDULE 1

**CWABS**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-HYB9

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-BC3

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-BC4

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-ABC1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC, ASSET-BACKED CERTIFICATES, SERIES 2006-IM1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SD2

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SD3

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA2

**CWALT**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-17CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-17CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-18CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-18CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-22CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-22CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-24CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-24CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-2CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-2CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-30CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-14, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-14

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-1CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-20CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-21CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-21CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-28CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-35CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-35CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-36 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-36

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-54CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-61, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-63, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-63

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-64CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-64CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-65CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-65CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-6CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-6CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-72, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-72

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-77T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-77T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-82

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-86CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-86CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THRU CERTIFICATES SERIES 2006-12CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-14CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-14CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-20CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-20CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-24CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-24CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-28CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-29T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-29T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-31CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-31CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-32CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-32CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-35CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-35CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-36T2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-36T2

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-45T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-45T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-4CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HY11

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-J1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-J1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC. ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA18

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA22

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA9 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA9

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC4

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-10CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-14T2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14T2

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-15CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17CB .

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-18CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-21CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-22

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-24 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-24

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-25, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-25

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-3T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-4CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-8CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8CB

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-9T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-9T1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY3

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4,

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDER OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-J1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-J1

**CWMBS**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-OA1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-12, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-12

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-25, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-25

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-03, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-03

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-9, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-9

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB10

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB6, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HYB6

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB7

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA4

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-TM1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-TM1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-HY6, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY6

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HYB1

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB2, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HYB2

STATE OF FLORIDA, COUNT OF DADE
I HEREBY CERTIFY that this is a true copy of the original filed in this office on _21_ day of _March_, A.D. 20 _16_.
WITNESS my hand and official Seal.
HARVEY RUVIN, CLERK of Circuit and County Courts
By _Sheria Edwards_ 1532

Receipt:# 429364

POA  $46.00

Return to:
BAYVIEW LOAN SERVICING
LLC
PO BOX 331409
MIAMI FL 33233

**3122948**



Recorded on: 4/15/2016 12:50 PM
By: CGK, Deputy

**Office of the County Recorder**
**Dakota County, Minnesota**
*Joel T. Beckman, County Recorder*

**POST PETITION PAYMENT HISTORY**

| TRANSACTION DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | Amount received Minus Amount due | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BK Filed 10/15/2014 | $ - | $ - | $ - |
| 12/12/2014 | $ 5,701.57 | $ 5,701.57 | 11/1/2014 | | $ - | $ - | $ - |
| 1/9/2015 | $ 5,701.57 | $ 5,701.57 | 12/1/2014 | | $ - | $ - | $ - |
| 2/16/2015 | $ 5,701.57 | $ 5,701.57 | 1/1/2015 | | $ - | $ - | $ - |
| 3/12/2015 | $ 5,701.57 | $ 5,701.57 | 2/1/2015 | | $ - | $ - | $ - |
| 4/13/2015 | $ 5,701.57 | $ 5,701.57 | 3/1/2015 | | $ - | $ - | $ - |
| 5/13/2015 | $ 5,701.57 | $ 5,701.57 | 4/1/2015 | | $ - | $ - | $ - |
| 6/15/2015 | $ 5,701.57 | $ 5,701.57 | 5/1/2015 | | $ - | $ - | $ - |
| 5/15/2017 | $ 5,872.75 | $ 5,701.57 | 6/1/2015 | | $ 171.18 | $ 171.18 | $ 171.18 |

**Delinquent Payments**

| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
|---|---|---|---|---|
| 7/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 8/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 9/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 10/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 11/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 12/1/2015 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 1/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 2/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 3/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 4/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 5/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 6/1/2016 | $ 4,605.07 | $ 1,096.50 | $ - | $ 5,701.57 |
| 7/1/2016 | $ 4,751.77 | $ 1,096.50 | $ - | $ 5,850.07 |
| 8/1/2016 | $ 4,751.77 | $ 1,096.50 | $ - | $ 5,850.07 |
| 9/1/2016 | $ 4,751.77 | $ 1,096.50 | $ - | $ 5,850.07 |
| 10/1/2016 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 11/1/2016 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 12/1/2016 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 1/1/2017 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 2/1/2017 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 3/1/2017 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 4/1/2017 | $ 4,751.77 | $ 1,116.15 | $ - | $ 5,867.92 |
| 5/1/2017 | $ 4,751.77 | $ 1,120.98 | $ - | $ 5,872.75 |
| 6/1/2017 | $ 4,751.77 | $ 1,120.98 | $ - | $ 5,872.75 |
| 7/1/2017 | $ 4,899.87 | $ 1,120.98 | $ - | $ 6,020.85 |
| 8/1/2017 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 9/1/2017 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 10/1/2017 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 11/1/2017 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 12/1/2017 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 1/1/2018 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 2/1/2018 | $ 4,899.87 | $ 1,128.95 | $ - | $ 6,028.82 |
| 3/1/2018 | $ 4,899.87 | $ 1,168.57 | $ - | $ 6,068.54 |
| 4/1/2018 | $ 4,899.87 | $ 1,168.57 | $ - | $ 6,068.54 |
| 5/1/2018 | $ 4,899.87 | $ 1,168.57 | $ - | $ 6,068.54 |
| 6/1/2018 | $ 4,899.87 | $ 1,168.57 | $ - | $ 6,068.54 |
| 7/1/2018 | $ 5,267.36 | $ 1,168.57 | $ - | $ 6,436.03 |
| 8/1/2018 | $ 5,267.36 | $ 1,168.57 | $ - | $ 6,436.03 |
| 9/1/2018 | $ 5,267.36 | $ 1,168.57 | $ - | $ 6,436.03 |
| Delinquency | | | | $ 230,594.83 |
| Less Suspense | | | | $ (171.18) |
| Total Delinquency | | | | $ 230,423.65 |

\*\* Debtor is due for **thirty-nine (39)** *post-petition* monthly mortgage payments for the months of **July 2015** through and including **September 2018**, totaling **$230,423.65**. Debtor is also due for **$33.00** in property inspection fees and **$1,280.00** in bankruptcy attorneys fees. The total post-petition default as of September 17, 2018, 2018 was **$231,736.65.**

Exhibit "F"

B6D (Official Form 6D) (12/07)

In re   Gholamali Herischian-Heris                                            Case No.  14-31495
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx8708  American Honda Finance  Po Box 168088  Irving, TX 75016 | | - | Opened 3/01/09  Purchase Money Security  2009 Honda Odyssey, 140,000 miles, rough condition  Location: 2644 Trousdale Dr., Burlingame CA 94010  Value $  2,399.00 | | | | 2,399.00 | 0.00 |
| Account No. xxxxxxxxx4353  Bayview Loan Servicing  P.O. Box 331409  Miami, FL 33233-1409 | | - | Opened 5/01/06  Mortgage  The Debtor's residence.  Location: 2644 Trousdale Dr., Burlingame CA 94010  Value $  1,000,000.00 | | | | 1,094,090.00 | 94,090.00 |
| Account No. xxxxx6417  Real Time Resolutions, Inc.  P.O. Box 35888  Dallas, TX 75235-1655 | | - | Opened 5/01/06  Home Equity Loan  The Debtor's residence.  Location: 2644 Trousdale Dr., Burlingame CA 94010  Value $  1,000,000.00 | | | | 127,973.00 | 127,973.00 |
| Account No. | | | Value $ | | | | | |

| | Subtotal (Total of this page) | 1,224,462.00 | 222,063.00 |
|---|---|---|---|
| 0  continuation sheets attached | Total (Report on Summary of Schedules) | 1,224,462.00 | 222,063.00 |

**Exhibit "G"**