| | |
|---|---|
| 1 | EDWARD G. SCHLOSS \| CA Bar No. 102858<br>LIOR KATZ \| CA Bar No. 284559 |
| 2 | LANCE KAUFMAN \| CA Bar No. 309186<br>3637 Motor Avenue, Suite 220 |
| 3 | Los Angeles, California 90034<br>Tel: (310) 733-4488 \| Fax: (310) 836-4888 |
| 4 | B25598/gm |
| 5 | Attorneys for Movant |
| 6 | BAYVIEW LOAN SERVICING, LLC, as servicing agent<br>for The Bank of New York Mellon fka The Bank of New |
| 7 | York, as Trustee for the Certificateholders of the CWALT,<br>Inc. Alternative Loan Trust 2006-OA12 Mortgage Pass- |
| 8 | Through Certificates, Series 2006-OA12 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No.: 14-31495-DM |
| | ) | |
| GHOLAMALI HERISCHIAN-HERIS *dba* | ) | R.S. No. EGS-265 |
| HERIZ MUSIC AND ARTS *aka* | ) | Chapter 13 |
| GHOLAMALI HERICSHIAN-HERIS, | ) | |
| | ) | PROOF OF SERVICE |
| | ) | |
| Debtor(s). | ) | Hearing -<br>Date: October 18, 2018<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue, 16th Floor<br>Courtroom 17<br>San Francisco, CA 94102 |
| | ) | Honorable Dennis Montali |

I, REYNALDO DEL PILAR, declare and state as follows:

I am not a party to the within action. My business address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.

On September 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission, and the foregoing documents, NOTICE OF MOTION, MOTION FOR RELIEF FROM AUTOMATIC STAY RE: PROPERTY LOCATED AT 2644 TROUSDALE DRIVE, BURLINGAME, CA 94010, RELIEF FROM STAY COVER SHEET,

1

DECLARATION IN SUPPORT, and this PROOF OF SERVICE, will be served by NEF at the email addresses stated below:

<u>DEBTOR'S COUNSEL</u>: Jason Honaker   jh@honakerlegal.com, HonakerJR78624@notify.bestcase.com

<u>CHAPTER 13 TRUSTEE</u>: David Burchard - TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com

<u>U.S. TRUSTEE</u>: Office of the U.S. Trustee / SF - USTPRegion17.SF.ECF@usdoj.gov

On September 29, 2018, I served copies of the foregoing documents on interested parties in this proceeding by placing true and correct copies thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California addressed as follows:

<u>DEBTOR:</u>
GHOLAMALI HERISCHIAN-HERIS
2644 TROUSDALE DR.
BURLINGAME, CA 94010

<u>DEBTOR'S COUNSEL:</u>
JASON HONAKER
LAW OFFICES OF JASON HONAKER
1860 EL CAMINO REAL, #238
BURLINGAME, CA 94010

<u>JUNIOR LIENHOLDER:</u>
REAL TIME RESOLUTIONS, INC.
P.O. BOX 35888
DALLAS, TX 75235-1655

<u>CHAPTER 13 TRUSTEE:</u>
DAVID BURCHARD
P.O. BOX 8059
FOSTER CITY, CA 94404

<u>U.S. TRUSTEE:</u>
OFFICE OF THE U.S. TRUSTEE / SF
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September 2018 at Los Angeles, California.

                         /s/ *Reynaldo del Pilar*
                         REYNALDO DEL PILAR

Z:\LAW FILES\MOT\SF13BLS.BNYM.MOT.MFR.Herischian-Heris.B25598.2.wpd