JASON HONAKER SBN 251170
851 Burlway Road, Ste. 208
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorney for Debtor
Gholamali Heris

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Gholamali Heris,<br><br>Debtor. | Chapter 13<br>Bankruptcy No.: 14-31495<br><br>**NON-OPPOSITION TO MOTION FOR RELIEF FROM STAY** |

**NON-OPPOSITION TO MOTION FOR RELIEF FROM STAY**

    The Debtor, Gholamali Heris, and I recently discussed his lender's motion for relief from stay at my office. Mr. Heris cannot afford an APO considering the very large amount of arrears and relatively short remaining duration of the plan. He did express his desire that the lender contact him to try to arrange a refinance or loan modification, because his ability to pay has increased very significantly recently, as demonstrated by his high plan payments. The undersigned encouraged him to reach out to his lender himself to re-initiate loan modification discussions, rather than expect the lender to initiate since discussions since it seems probably foreclosure proceedings would begin shortly.

Dated: October 18, 2018

                                                                                  /s/ Jason Honaker

                                                                                  Jason Honaker
                                                                                  Attorney for the Debtor