

```
EDWARD G. SCHLOSS LAW CORP.
EDWARD G. SCHLOSS | 102858
LIOR KATZ | 284559
LANCE KAUFMAN | 309186
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488
Fax: (310) 836-4888
B25598/lr
```

Entered on Docket
October 22, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 22, 2018

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Attorneys for Movant
BAYVIEW LOAN SERVICING, LLC, as servicing agent for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2006-OA12 Mortgage Pass-Through Certificates, Series 2006-OA12

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No.: 14-31495-DM |
| | R.S. No. EGS-265 |
| GHOLAMALI HERISCHIAN-HERIS *dba* HERIZ MUSIC AND ARTS *aka* GHOLAMALI HERICSHIAN-HERIS, | Chapter 13 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY RE: PROPERTY LOCATED AT 2644 TROUSDALE DRIVE, BURLINGAME, CA 94010 |
| Debtor. | |
| | Hearing -<br>Date: October 18, 2018<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue, 16th Floor<br>Courtroom 19<br>San Francisco, CA 94102 |

Movant's Motion for Relief from the Automatic Stay came on for hearing on October 18, 2018 at 9:30 a.m., before the Honorable Hannah L. Blumenstiel. Lance Kaufman, Esq. of

1

Edward G. Schloss Law Corporation appeared telephonically on behalf of Movant, BAYVIEW LOAN SERVICING, LLC, as servicing agent for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2006-OA12 Mortgage Pass-Through Certificates, Series 2006-OA12 ("Movant" herein). There were no other appearances.

The Court, having considered the Court records and files, and with good cause appearing therefor, makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is vacated and terminated as to Movant, its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest, may hereafter proceed with foreclosure and conduct a trustee's sale of the subject property, generally described as **2644 Trousdale Drive, Burlingame, CA 94010** ("subject property" herein), and legally described in **Exhibit "A"** to the Declaration in Support filed on September 29, 2018 as docket entry #90-3, pursuant to California Civil Code Section 2924 et seq., and thereafter commence any lawful action necessary to obtain complete possession of the subject property without further Court order or proceeding being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant, at its option, is permitted to contact the Debtor via telephone, cellular phone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales, and/or absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF ORDER**

Z:\LAW FILES\orders\SF13BLS.BNYM.Heris.ORD.RFS.B25598.wpd

2

Case: 14-31495    Doc# 93    Filed: 10/22/18    Entered: 10/22/18 09:56:58    Page 2 of 3

COURT SERVICE LIST

DEBTOR'S COUNSEL:
JASON HONAKER
LAW OFFICES OF JASON HONAKER
1860 EL CAMINO REAL, #238
BURLINGAME, CA 94010

JUNIOR LIENHOLDER:
REAL TIME RESOLUTIONS, INC.
P.O. BOX 35888
DALLAS, TX 75235-1655