DAVID BURCHARD
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

GHOLAMALI HERISCHIAN-HERIS
2644 TROUSDALE DR
BURLINGAME, CA 94010

Debtor(s)

Chapter 13
Case No: 14-31495 DM

### STIPULATION RE: TRUSTEE'S MOTION TO DISMISS CASE POST-CONFIRMATION

The Chapter 13 Trustee has filed a Motion to Dismiss Case Under 11 U.S.C. §1307(c) and set the matter for hearing on April 17, 2019 at 1:00 PM.

It is hereby stipulated and agreed to, by and between the Debtor and the Chapter 13 Trustee, as follows:

The hearing on the Trustee's Motion to Dismiss shall be continued to **May 15, 2019 at 1:00 PM** in the United States Bankruptcy Court located at 450 GOLDEN GATE AVENUE, 16th FLOOR - COURTROOM #17 SAN FRANCISCO, CA 94102.

In addition, on or before May 2, 2019 the Debtor shall:

__X__  pay $138,100.00 to the Trustee or

__X__  file a motion to modify the Chapter 13 plan, bringing the plan payments current.

_____  file updated Schedules I and J, utilizing the schedules effective December 2015.

_____  provide a signed copy of the _____ federal income tax return.

_____  other:

If the Debtor fails to comply with the above, the Debtor stipulates that the case may be dismissed on request of the Trustee.

It is hereby stipulated.

DATED:  4/3/19

/s/ Lilian Tsang
Lilian Tsang
Staff Attorney for David Burchard, Chapter 13 Trustee

DATED:  4/11/19

/s/ Jason Honaker
Jason Honaker
Attorney for Debtor