

Signed and Filed: April 29, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@wiggslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** **Gholamali Herischian-Heris,** Debtor. | Case No. 14-31495<br>Chapter 13<br>**ORDER ON MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(b)** |

Upon consideration of Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) the notice provided to all creditors, and the request for entry of the order by default, it is hereby

ORDERED THAT the Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(b) is hereby GRANTED.

**END OF ORDER**

COURT SERVICE LIST

Gholamali Herischian-Heris
2644 Trousdale Dr
Burlingame, CA 94010