Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Gholamali Herischian−Heris | Case No.: 14−31495 DM 13 |
|---|---|---|
| | aka Gholamali Hericshian−Heris | Chapter: 13 |
| | dba Heriz Music and Arts | |
| | Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 4/29/19 dismissing the above−captioned case.

Dated: 4/29/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 103